IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| SUE GREENE, Individually and as Next Friend of DAYSVONNE GREENE and LAJOYIA GREENE, TINA GREENE LIONEL WILLIAMS, WILLIE GREENE LEWIS FUNK, WILLIAM FUNK, MAKAYLA BOWEN, Individually and as Next Friend of MAKAI BOWEN and TAYSHOWN FUNK, JACQUALINE SIGG, Individually and as Next Friend of JEREMIAH GREENE, and ROSIE GREENE as Next Friend of OSHEANA GREENE and SIR KIONDRE GREENE, <br><br>    **Plaintiffs,** <br><br>VS. <br><br>**DAVID CECIL PIERCY, and MARTEN TRANSPORT, LTD., MARTEN TRANSPORT SERVICES, LTD,** <br><br>    **Defendants.** | § § § § § § § § § § § § § § § § § § § § § § | Civil Action No. 6:15-cv-785 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs and Defendants file this stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(ii).

1. Plaintiffs are Sue Greene, Individually and as next friend of Daysvonne Greene and Lajoyia Greene, Tina Greene, Lionel Williams, Willie Greene, Lewis Funk, William Funk, Makayla Bowen, Individually and as next friend of Makai Bowen and Tayshown Funk, Jacqualine Sigg, Individually and as next friend of Jeremiah Greene, and Rosie Greene as next friend of Osheana Greene and Sir Kiondre Greene; Defendants are Marten Transport, LTD. and David Cecil Piercy.

2. This suit was filed in Texas state court on July 23, 2015, and removed to this court on August 18, 2015.

3. Plaintiffs and defendants jointly move to dismiss the suit.

4. This is not a class action.

5. A receiver has not been appointed in this suit.

6. This suit is not governed by any federal statute that requires a court order for dismissal of the case.

7. Plaintiff has not previously dismissed an action based on or including the same claims as those presented in this suit.

8. This dismissal is with prejudice to refiling.

9. The parties will bear their own attorney's fees and court costs.

Respectfully submitted,

*/s/ Michael C. Wright*
Michael C. Wright
State Bar No. 22049807
Russell & Wright, PLLC
15770 Dallas Parkway, Suite 1050
Dallas, Texas 75248
(972) 267-8400 (Phone)
(972) 267-8401 (Fax)
mwright@rwtrial.com
**ATTORNEY FOR DEFENDANTS**

- and -

*/s/Danita Glenn*
Danita Glenn
State Bar No. 24060039
The Hart Law Firm, P.C.
6630 Colleyville Blvd., Suite 200
Colleyville, Texas 76034
(817) 329-7020 (Phone)
(817) 329-7021 (Fax)
danitag@thehartlawfirm.com
**ATTORNEY FOR PLAINTIFFS**