IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **SUE GREENE, Individually and as Next Friend of DAYSVONNE GREENE and LAJOYIA GREENE, ET AL.** § § § § | |
| **v.** § § | **CASE NO. 6:15cv785-RWS-JDL** |
| **DAVID CECIL PIERCY, MARTEN TRANSPORT, LTD, and MARTEN TRANSPORT SERVICES, LTD.** § § § | |

## ORDER ON STIPULATION OF DISMISSAL

Before the Court is the "Stipulation of Dismissal" filed on October 29, 2016.  Pursuant to the joint representations made in this pleading, it is hereby **ORDERED** that all causes of action asserted by the Plaintiffs, Sue Greene, Individually and as Next Friend of Daysvonne Greene and Lajoyia Greene, et al. against Defendants, David Cecil Piercy, and Marten Transport, Ltd., Marten Transport Services, Ltd., in this civil action be and hereby are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that all attorney fees and costs are to be borne by the party that incurred them.

SIGNED this 2nd day of November, 2016.

*Robert W Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE