IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| SUE GREENE, Individually and as Next Friend of DAYSVONNE GREENE and LAJOYIA GREENE, ET AL. § § § § | |
| v. § | CASE NO. 6:15cv785-RWS-JDL |
| § | |
| DAVID CECIL PIERCY, and MARTEN TRANSPORT, LTD., MARTEN TRANSPORT SERVICES, LTD. § § § § | |

## FINAL JUDGMENT

Pursuant to the Stipulation of Dismissal, the Court hereby enters Final Judgment. Plaintiffs Sue Greene, Individually and as Next Friend of Daysvonne Greene and Lajoyia Greene, et al., filed suit against Defendants David Cecil Piercy, and Marten Transport, Ltd., Marten Transport Services, Ltd. on August 18, 2015.

**IT IS HEREBY ORDERED** that the above-entitled and numbered cause of action is **DISMISSED WITH PREJUDICE**. All costs are to be borne by the party that incurred them.

All motions by either party not previously ruled on are hereby **DENIED**.

The Clerk of the Court is directed to **CLOSE** this case.

**SIGNED this 2nd day of November, 2016.**

*Robert W Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE